4853𝑥 $209

```
---- United States Bankruptcy Court ----------- VOLUNTARY PETITION ---
   NORTHERN DISTRICT OF ILLINOIS
   EASTERN DIVISION
IN RE ------------------------         NAME OF JOINT DEBTOR
Marabou Enterprises, Inc.
ALL OTHER NAMES -----------------              NO JOINT DEBTOR
Closet & Storage Concepts
SOC. SEC./TAX I.D. NO. ----------
36-4461552
STREET ADDRESS OF DEBTOR --------
c/o W. Cumming
818 Oak Hill Road
Barrington IL 60010
COUNTY OF PRINCIPAL PLACE OF BUSINESS
Lake
MAILING ADDRESS OF DEBTOR -------
c/o W. Cumming
818 Oak Hill Road
Barrington IL 60010
LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR
```

```
VENUE ----------------------------------------------------------------
Debtor has had its principal place of business in this District for
180 days immediately preceding the date of this petition.
--------------- INFORMATION REGARDING DEBTOR ----------------------
TYPE OF DEBTOR                         CHAPTER OF BANKRUPTCY CODE
Corporation Not Publicly Held          UNDER WHICH THE PETITION
NATURE OF DEBT                         IS FILED
BUSINESS                               7
A. TYPE OF BUSINESS
Other Business                         FILING FEE
B. BRIEFLY DESCRIBE NATURE OF BUSINESS Filing fee attached
Designing and building closets        ----------------------------
STATISTICAL/ADMINISTRATIVE INFORMATION--
Debtor estimates that there will be    ATTORNEY NAME AND ADDRESS--
funds available for distribution to    Richard Mann
unsecured creditors.                   1752642
                                       Five South County St.
                                       Waukegan, IL  60085
```

```
                    range    (sard code)    (847) 244 2204
   NO. OF CREDITORS 50-99           (3
---------------------------------------------
   ASSETS (thousands) 50-99        (2
---------------------------------------------
LIABIL. (thousands) 500-999        (4
---------------------------------------------
   NO. OF EMPLOYEES N/A
---------------------------------------------
EQUITY SEC. HOLDERS N/A
---------------------------------------------
```

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/22/2003
Time: 15:28:42
Debtor: MARABOU ENTERPRISES INC
Case: 03-51226        Fee : 209
Chapter: 7 Rec. # : 3052669
Judge: A Benjamin Goldgar
341 mtg: 02/12/2004 @ 12:15PM  Y
Trustee: ILENE GOLDSTEIN

1:03BK51226-BK001

Name of Debtor: Marabou Enterprises,
Case No.:

---

---------- PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS ----------
NONE
------- PENDING BANKRUPTCY CASE FILED BY PARTNER OR AFFILIATE --------
NONE
------------------------- REQUEST FOR RELIEF -------------------------
Debtor requests relief in accordance with the chapter of title 11
United States Code specified in this petition.
------------------------- SIGNATURES --------------------------------
                                    ATTORNEY

_____        _____
Richard Mann                           Date
1752642

---

                    PARTNERSHIP OR CORPORATE DEBTOR
I declare under penalty of perjury that the information provided in
this petition is true and correct, and that the filing of this
petition, on behalf of the debtor has been authorized.

_____        _____
William Cumming                         Date   12/17/03
Sole shareholder and president

---

In re: Marabou Enterprises,                    Case No:

### UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

====================== SUMMARY OF SCHEDULES =========================

| Schedule name | No. Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|
| X (mark if attached) | | | | |
| ___ A - Real Property | 1 | 0.00 | --------------------- | |
| ___ B - Personal Property | 3 | 69,808.36 | --------------------- | |
| ___ C - Property Claimed as Exempt | 1 | ---------------------------------------- | | |
| ___ D - Creditors Holding Secured Claims | 1 | -------------- | 0.00 | ------- |
| ___ E - Creditors Holding Unsecured Priority Claims | 2 | -------------- | 0.00 | ------- |
| ___ F - Creditors Holding Unsecured Non-priority Claims | 11 | -------------- | 834,142.00 | ------- |
| ___ G - Executory Contracts and Unexpired Leases | 1 | ---------------------------------------- | | |
| ___ H - Codebtors | 1 | ---------------------------------------- | | |
| ___ Current Income of Corporate Debtor | N/A | -------------------- | | 0.00 |
| ___ Current Expenditures of Corporate Debtor | 2 | -------------------- | | 0.00 |

-----------------------------------------------------------------

|  |  |  |  |
|---|---|---|---|
| Summary Sheet | 1 | **************************************** |
| Total No. Sheets | 24 | **************************************** |
| Total Assets -> | 69,808.36 | ********************* |
| Total Liabilities -> | 834,142.00 | ******* |
| Total No. of Creditors -> | 60 | ******* |
| Excess Income (if any) -> | 0.00 | |

=================================================================

In re: Marabou Enterprises,                    Case No:

## SCHEDULE A - REAL PROPERTY

| Description and location of property | Current market value of debtor's interest in the property without deducting any secured claim |
|---|---|
| Nature of debtor's interest in property | Amount of secured claim |

NONE

                                        Total:           0.00

In re: Marabou Enterprises,                Case No:

### SCHEDULE B - PERSONAL PROPERTY

| Type of property<br>Description and location of property | Current market value of debtor's interest in property without deducting any secured claim |
| --- | --- |
| 1.  Cash on hand.<br>Cash on hand | |

                          Debtor's interest:        5,638.00
                          Total debt on property:       0.00
            Location: In debtor's possession.

2.  Checking, savings, or other financial accounts, certificates of
    deposit, or shares in banks, savings and loan, thrift, building
    and loan, and homestead associations, or credit unions, brokerage
    houses, or cooperatives.
    NONE
3.  Security deposits with public utilities, telephone companies,
    landlords, and others.
    NONE
4.  Household goods and furnishings, including audio, video, and
    computer equipment.
    NONE
5.  Books, pictures, and other art objects, antiques, stamp, coin,
    record, tape, compact disc, and other collections or collectibles.
    NONE
6.  Wearing apparel.
    NONE
7.  Furs and jewelry.
    NONE
8.  Firearms and sports, photographic, and other hobby equipment.
    NONE
9.  Interests in insurance policies.
    NONE
10. Annuities.
    NONE
11. Interests in IRA, ERISA, Keogh, or other pension or profit
    sharing plans.
    NONE
12. Stock and interests in incorporated and unincorporated businesses.
    NONE
13. Interests in partnerships or joint ventures.
    NONE
14. Government and corporate bonds and other negotiable and non-
    negotiable instruments.
    NONE
15. Accounts receivable.
Accounts receivable

In re: Marabou Enterprises,                    Case No:

                              Debtor's interest:          32,170.36
                         Total debt on property:               0.00
          Location: In debtor's possession.

16. Alimony, maintenance, support, and property settlements to which
    the debtor is or may be entitled.
    NONE
17. Other liquidated debts owing debtor including tax refunds.
    NONE
18. Equitable or future interests, life estates, and rights or
    powers exercisable for the benefit of the debtor other than
    those listed in Schedule of Real Property.
    NONE
19. Contingent and noncontingent interests in estate of a
    decedent, death benefit plan, life insurance policy, or trust.
    NONE
20. Other contingent and unliquidated claims of every nature,
    including tax refunds, counterclaims of the debtor, and
    rights to setoff claims.
    NONE
21. Patents, copyrights, and other intellectual property.
    NONE
22. Licenses, franchises, and other general intangibles.
    NONE
23. Automobiles, trucks, trailers, and other vehicles or accessories.
    NONE
24. Boats, motors, and accessories.
    NONE
25. Aircraft and accessories.
    NONE
26. Office equipment, furnishings, and supplies.
Various office equipment
                              Debtor's interest:           2,000.00
                         Total debt on property:               0.00
          Location: In debtor's possession.

27. Machinery, fixtures, equipment, and supplies used in business.
Various
                              Debtor's interest:           2,000.00
                         Total debt on property:               0.00
          Location: In debtor's possession.

28. Inventory.
Inventory
                              Debtor's interest:          28,000.00
                         Total debt on property:               0.00
          Location: In debtor's possession.

29. Animals.
    NONE

In re: Marabou Enterprises,                    Case No:

30. Crops - growing or harvested.
    NONE
31. Farming equipment and implements.
    NONE
32. Farm supplies, chemicals, and feed.
    NONE
33. Other personal property of any kind not already listed.
    NONE

                                    Total:      69,808.36

In re: Marabou Enterprises,                    Case No:

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

NONE

In re: Marabou Enterprises,                    Case No:

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

```
==========================================================================
| Creditor's name and complete mailing address    | Amount of claim
| including zip code                               | without deducting
|--------------------------------------------------| value of collateral
| Date claim was incurred, nature of lien, and     |--------------------
| description and market value of property subject | Unsecured portion,
| to the lien                                      | if any
==========================================================================
```

NONE

Subtotal this page:        0.00
            Total:         0.00

In re: Marabou Enterprises,                    Case No:

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

TYPES OF PRIORITY CLAIMS:

Wages, Salaries, and Commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. sec. 507(a)(3).

Contributions to Employee Benefit Plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first to the extent provided in 11 U.S.C. sec. 507(a)(4).

Certain Farmers or Fishermen

Claims of certain farmers or fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. sec. 507(a)(5).

Deposits by Individuals

Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. sec. 507(a)(6).

Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. sec. 507(a)(7).

In re: Marabou Enterprises,                    Case No:

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| Date claim was incurred and consideration for claim | Total amount of claim |

1. Wages, Salaries, and Commissions.

   NONE

2. Contributions to Employee Benefit Plans.

   NONE

3. Certain Farmers or Fishermen.

   NONE

4. Deposits by Individuals.

   NONE

5. Taxes and Certain Other Debts Owed to Governmental Units.

   NONE

Subtotal this page:      0.00
              Total:      0.00

Page 2

In re: Marabou Enterprises,                    Case No:

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

```
===================================================================
| Creditor's name and complete mailing address    | Amount of claim|
| including zip code                               |                |
| ------------------------------------------------ |                |
| Date claim was incurred and consideration for claim.            |
| If claim is subject to setoff, so state.                        |
===================================================================
```

Account no.: 03-12139                Amount of claim:        1,093.58
AALL American Fasteners
2200 Wallace Blvd.
Suite B
Cinnaminson, NJ 08077
              Incurred: 2003
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.

Account no.:                         Amount of claim:          623.60
ABT
1200 N. Milwaukee Avenue
Glenview, IL 60025
              Incurred: 2003
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.

Account no.: 01300133225353          Amount of claim:          263.64
ADT Security Services
PO Box 371956
Pittsburgh, PA 15250
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.: 1152851                 Amount of claim:          733.72
ARC Disposal & Recycling
Company, Inc.
2101 S. Busse Road
Mt. Prospect, IL 60056
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.: 2002301007              Amount of claim:           53.58
Access One, Inc.
PO Box 77-6842
Chicago, IL 60678-6842
              Incurred: 2003

                          Subtotal this page:        2,768.12

In re: Marabou Enterprises,                    Case No:

Consideration for claim: Services
                Claim is: Fixed and liquidated.

Account no.: K13620-2                 Amount of claim:        14,962.15
Acuity
2800 S. Taylor Drive
PO Box 718
Sheboygan, WI 53081
                Incurred: 2003
Consideration for claim: Insurance
                Claim is: Fixed and liquidated.

Account no.: 300824                   Amount of claim:        35,032.97
Aetna Plywood, Inc.
Dept. 4208
135 S. LaSalle
Chicago, IL 60674-4208
                Incurred: 2003
Consideration for claim: Purchases
                Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:       149,437.54
American Chartered
111 E. Rand Road
Mount Prospect, IL 60056
                Incurred: 2002
Consideration for claim: Signature loan
                Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:        20,000.00
American Chartered Bank
111 E. Rand Road
Mt. Prospect, IL 60056
                Incurred: 2003
Consideration for claim: Overdraft
                Claim is: Fixed and liquidated.

Account no.: 3727162004482005         Amount of claim:         6,162.31
American Express
PO Box 650448
Dallas, TX 75265-0448
                Incurred: 2002-03
Consideration for claim: Purchases
                Claim is: Fixed and liquidated.

Account no.: 35805                    Amount of claim:           445.00
Atlas Saw & Tool Inc
1215 Karl Court

                            Subtotal this page:       226,039.97

                                                          Page 2

In re: Marabou Enterprises,                    Case No:

Suite 204
Wauconda, IL 60084
            Incurred: 2002-03
Consideration for claim: Purchases
            Claim is: Fixed and liquidated.

Account no.:                    Amount of claim:        1,027.50
BHK of America
11 Bond Street
PO Box 37
Central Valley, NY 10917
            Incurred: 2003
Consideration for claim: Purchases
            Claim is: Fixed and liquidated.

Account no.: 1034839             Amount of claim:        1,713.40
Baer Supply Company
909 Forest Edge Drive
Vernon Hills, IL
60061-3149
            Incurred: 2003
Consideration for claim: Purchases
            Claim is: Fixed and liquidated.

Account no.: 4246311918034460   Amount of claim:       11,169.54
Bank One
Cardmember Service
PO Box 50882
Henderson, NV 89016-0882
            Incurred: 2001-02
Consideration for claim: Purchases
            Claim is: Fixed and liquidated.

Account no.:                    Amount of claim:          570.00
Budget
4200 N. Mannheim
Schiller Park, IL 60176
            Incurred: 2003
Consideration for claim: Vehicle rental
            Claim is: Fixed and liquidated.

Account no.:                    Amount of claim:        3,621.06
Capella Hardware Co.
3921 E. La Palma Ave #N
Anaheim, CA 92807
            Incurred: 2001
Consideration for claim: Purchases
            Claim is: Fixed and liquidated.

                      Subtotal this page:       18,101.50

                                                        Page 3

In re: Marabou Enterprises,                    Case No:

Account no.: 4791242210100999          Amount of claim:        1,450.82
Capital One
PO Box 34631
Seattle, WA 98124-1631
               Incurred: 2003
Consideration for claim: Purchases
               Claim is: Fixed and liquidated.

Account no.:                            Amount of claim:        7,431.47
Chicago Home & Garden
Publications Inc.
810 South Waukegan Road
Lake Forest, IL 60045
               Incurred: 2003
Consideration for claim: Services
               Claim is: Fixed and liquidated.

Account no.: 083337203                  Amount of claim:          845.00
Chicago Sun-Times Inc
401 N. Wabash Avenue
Chicago, IL 60611-3532
               Incurred: 2003
Consideration for claim: Services
               Claim is: Fixed and liquidated.

Account no.: 049313810                  Amount of claim:        7,235.63
Chicago Tribune
435 N. Michigan Avenue
Chicago, IL 60611-4041
               Incurred: 2003
Consideration for claim: Services
               Claim is: Fixed and liquidated.

Account no.:                            Amount of claim:       28,000.00
Closet & Storage Concept
1000 Hannonfield Berlin
Road
Suite 208
Voorhees, NJ 08043
               Incurred: 2003
Consideration for claim: Franchise fee
               Claim is: Fixed and liquidated.

Account no.: 2788468022                 Amount of claim:          596.18
ComEd
Bill Payment Center
Chicago, IL 60668-0001

                              Subtotal this page:       45,559.10

                                                        Page 4

In re: Marabou Enterprises,                    Case No:

                    Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.: 516956020              Amount of claim:        286.15
Con-way Transportation
Services Inc
135 S. LaSalle
Dept. 2493
Chicago, IL 60674-2493
                    Incurred: 2003
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.

Account no.:                        Amount of claim:      1,500.00
Cubbies Unlimited Corp.
74 North Industry Court
Deer Park, NY 11729
                    Incurred: 2003
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.

Account no.:                        Amount of claim:    348,802.00
William Cumming
818 Oak Hill Road
Barrington, IL 60010
                    Incurred: 2002-03
Consideration for claim: Advance
              Claim is: Fixed and liquidated.

Account no.: 8475203900             Amount of claim:        370.55
Daily Herald
Paddock Publications Inc
PO Box 1400
Arlington Heights, IL
60006
                    Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.: 3548295                Amount of claim:        174.51
Decore-ative Specialties
2772 S. Peck Road
Monrovia, CA 91016
                    Incurred: 2003
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.


                              Subtotal this page:     351,133.21

In re: Marabou Enterprises,                    Case No:

Account no.: 8475203900          Amount of claim:        109.25
EdgeCo
3 Kulick Road
Fairfield, NJ 07004
              Incurred: 2003
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.

Account no.:                     Amount of claim:         78.10
FedEx Freight East
4103 Collection Center
Drive
Chicago, IL 60693
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.:                     Amount of claim:         42.33
G&C Glass, Mirror &
Construction Inc
1170 Heather Lane
Lake Zurich, IL 60047
              Incurred: 2003
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.

Account no.:                     Amount of claim:      2,630.99
Great Lakes Wood Product
1780 Maple Avenue
Suite 14
Northfield, IL 60093
              Incurred: 2003
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.

Account no.:                     Amount of claim:        800.72
Hafele America Co
3901 Cheyenne Drive
PO Box 4000
Archdale, NC 27263-4000
              Incurred: 2003
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.

Account no.:                     Amount of claim:        401.12
Healthcare Times
LBX 619709
PO Box 6197

                        Subtotal this page:      4,062.51

                                                  Page 6

In re: Marabou Enterprises,        Case No:

Chicago, IL 60680-6197
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.:            Amount of claim:     1,500.00
JIT Hardware Supplies
13 Jeanne Drive
Newburgh, NY 12550
              Incurred: 2003
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.

Account no.:            Amount of claim:      564.00
Lane Change Graphic
Design
27295 St. Marys Road
Libertyville, IL 60048
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.:            Amount of claim:      345.00
Lena's Professional
Cleaning Services
1649 Estes Avenue
Des Plaines, IL 60018
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.:            Amount of claim:      235.00
Lifestyles Magazine
559 Tamarisk Lane
Crystal Lake, IL 60014
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.: 924801      Amount of claim:      131.80
Macke Water Systems
PO Box 545
Wheeling, IL 60090-0545
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.:            Amount of claim:      224.00

                    Subtotal this page:    2,999.80

In re: Marabou Enterprises,                    Case No:

Minuteman Press
2224 Algonquin Road
Rolling Meadows, IL
60008
                Incurred: 2003
Consideration for claim: Services
                Claim is: Fixed and liquidated.

Account no.: 11732M              Amount of claim:      2,250/04
Neighborhood Network
1258 Allanson Road
Mundelein, IL 60060
                Incurred: 2003
Consideration for claim: Services
                Claim is: Fixed and liquidated.

Account no.: 856402510           Amount of claim:      4,864.30
Nextel Communications
PO Box 4191
Carol Stream, IL
60197-4191
                Incurred: 2003
Consideration for claim: Services
                Claim is: Fixed and liquidated.

Account no.:                     Amount of claim:      1,001.50
Oakton Distributors Inc
125 East Oakton Street
Des Plaines, IL 60018
                Incurred: 2003
Consideration for claim: Purchases
                Claim is: Fixed and liquidated.

Account no.:                     Amount of claim:        222.00
Peoples Energy
PO Box 0
Chicago, IL 60690-3991
                Incurred: 2003
Consideration for claim: Services
                Claim is: Fixed and liquidated.

Account no.: 029319              Amount of claim:        815.80
Peter Meier Inc
1255 South Park Drive
Kernersville, NC 27284
                Incurred: 2003
Consideration for claim: Purchases
                Claim is: Fixed and liquidated.

                          Subtotal this page:      6,903.60

In re: Marabou Enterprises,                Case No:

Account no.: 5474870600271599        Amount of claim:        2,778.39
Platinum Plus
PO Box 15469
Wilmington, DE
19886-5469
            Incurred: 2003
Consideration for claim: Purchases
            Claim is: Fixed and liquidated.

Account no.: 5474870600271581        Amount of claim:        1,224.73
Platinum Plus
PO Box 15469
Wilmington, DE
19886-5469
            Incurred: 2003
Consideration for claim: Purchases
            Claim is: Fixed and liquidated.

Account no.: 5474870600271573        Amount of claim:        14,010.67
Platinum Plus
PO Box 15469
Wilmington, DE
19886-5469
            Incurred: 2003
Consideration for claim: Purchases
            Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:         288.75
QPS Staffing Services
PO Box 522
Hales Corners, WI
53130-0522
            Incurred: 2003
Consideration for claim: Services
            Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:        7,100.00
Reed Business Informatio
PO Box 2087
Carol Stream, IL 60132
            Incurred: 2003
Consideration for claim: Services
            Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:        5,068.70
Rose Custom Doors
1684 Barclay Blvd.

                              Subtotal this page:        30,471.24

In re: Marabou Enterprises,                    Case No:

Buffalo Grove, IL 60089
                Incurred: 2003
Consideration for claim: Purchases
                Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:       5,245.27
SBC
Bill Payment Center
Chicago, IL 60663-0001
                Incurred: 2003
Consideration for claim: Services
                Claim is: Fixed and liquidated.

Account no.: 847R0725644121           Amount of claim:     122,310.65
SBC
Bill Payment Center
Chicago, IL 60663-0001
                Incurred: 2003
Consideration for claim: Services
                Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:       6,582.62
Sidelines Inc
PO Box 696
Lincroft, NJ 07738
                Incurred: 2003
Consideration for claim: Purchases
                Claim is: Fixed and liquidated.

Account no.: 1000730919               Amount of claim:       1,051.97
Speedway SuperAmerica
Attn:  Credit Customer
Service
PO Box 1590
Springfield, OH 45501
                Incurred: 2003
Consideration for claim: Purchases
                Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:       2,772.76
Staffing & Labor Solutio
c/o Thomas S. Presperin
15 North Julian
Naperville, IL 60540
Consideration for claim: Purchases
                Claim is: Fixed and liquidated.

Account no.: 8475203900               Amount of claim:         406.72

                                      Subtotal this page:    138,369.99

                                                             Page 10

In re: Marabou Enterprises,                    Case No:

TDS Metrocom
PO Box 1025
Monroe, WI 53566-8125
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.:                        Amount of claim:        115.00
The Home Improvement
Network
201 E. Park Street
Mundelein, IL 60060
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.:                        Amount of claim:      2,300.00
The Murphy Group
150 E. Cook Avenue
Libertyville, IL 60048
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.:                        Amount of claim:      1,600.00
WJMK-FM Radio
Szabo Associates
3355 Lenox Road, N.E.
Ninth Floor
Atlanta, GA 30326-1332
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.: 493366                 Amount of claim:      3,717.96
Yellow Book USA
Collection Department
2560 Renaissance Blvd.
King of Prussia, PA
19406
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.


                     Subtotal this page:       7,732.96
                              Total:         834,142.00

                                              Page 11

In re: Marabou Enterprises,                    Case No:

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtor's interest. State whether lease is for non-residential real property. State contract number of any government contract. |
|---|---|
| Arthur J. Rogers & Co.<br>c/o Hinshaw & Culbertson<br>222 N. LaSalle Street<br>Suite 300<br>Chicago, IL 60601-1081 | Lease of store/office located at 1684 Barclay Blvd, Buffalo Grove, IL 60089 |
| Bank One<br>PO Box 78772<br>Phoenix, AZ 85062-8772 | Lease of 2001 GMC Savana |
| Dell Financial Services<br>Payment Processing Centr<br>PO Box 5292<br>Carol Stream IL<br>60197-5292 | Lease of computer equipment |
| Electronic Merchant Systems<br>5005 Rockside Road<br>Suite 100<br>Independence, OH 44131 | Lease of credit card equipment |
| Fifth Third Bank<br>Consumer Leasing<br>PO Box 630041<br>Cincinnati, OH<br>45263-0041 | Lease of 2001 GMC Panel truck |
| Patriot<br>Commercial Leasing<br>1566 Medical Drive<br>PO Box 274<br>Pottstown, PA 19464 | Lease of equipment |
| Planit Solutions<br>3800 Palisades Drive<br>Tuscaloosa AL 35405 | Lease of software |

In re: Marabou Enterprises,                    Case No:

### SCHEDULE H - CODEBTORS

=======================================================================
| Name and address of codebtor      | Name and address of creditor    |
=======================================================================

  NONE

In re: Marabou Enterprises,                    Case No:

### CURRENT MONTHLY INCOME AND EXPENDITURES OF BUSINESS DEBTOR

CURRENT MONTHLY INCOME

    Source:          Total Current Monthly Income:                0.00

CURRENT MONTHLY EXPENSES

| | | |
|---|---|---|
| 1. | Rent/Mortgage payment | 0.00 |
| 2. | Repair/Upkeep | 0.00 |
| 3. | Electricity and heating fuel | 0.00 |
| 4. | Water and sewer | 0.00 |
| 5. | Telephone | 0.00 |
| 6. | Garbage | 0.00 |
| 7. | Security | 0.00 |
| 8. | Other utilities: NONE | |
| 9. | Insurance: NONE | |
| 10. | Taxes: NONE | |
| 11. | Installment payments on equipment: NONE | |
| 12. | Rental/lease payments: NONE | |
| 13. | Maintenance of equipment: NONE | |
| 14. | Advertising | 0.00 |
| 15. | Bank service charges | 0.00 |
| 16. | Interest | 0.00 |
| 17. | Depreciation | 0.00 |
| 18. | Office expenses | 0.00 |
| 19. | Dues and publications | 0.00 |
| 20. | Laundry or cleaning | 0.00 |
| 21. | Supplies and materials | 0.00 |
| 22. | Freight | 0.00 |
| 23. | Travel and entertainment | 0.00 |
| 24. | Wages and salaries | 0.00 |
| 25. | Commissions | 0.00 |
| 26. | Employee benefit programs | 0.00 |
| 27. | Pensions/profit sharing plans | 0.00 |
| 28. | Production costs: NONE | |
| 29. | Other expenses: NONE | |

Total Current Monthly Expenses                 0.00

Excess of Income over Expenses                 0.00

In re: Marabou Enterprises,                    Case No:


(The penalties for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
- 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I, William Cumming, Sole shareholder and president for Marabou
Enterprises, Inc. named as the debtor in this case, declare under
penalty of perjury that I have read the foregoing Summary and Schedules,
consisting of 24 sheets, and that it is true and correct to the best
of my information and belief.

Signature:                                          Date: 12/17/03

William Cumming
Sole shareholder and president

Richard Mann                  1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioner

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                          Case No.:
Marabou Enterprises, Inc.
Debtor                         Statement of Financial Affairs
Debtor's Employer's Tax
Identification No.: 36-4461552    Chapter 7

1.  Income from employment or operation of business.

State the gross amount of income the debtor has received from
employment, trade, or profession, or from operation of debtor's
business from the beginning of this calendar year to the date this
case was commenced.  State also the gross amounts received during
the two years immediately preceding this calendar year.

| | | | | | |
|---|---|---|---|---|---|
| This year: 1/1/2003-11/18/2003 | 19 | 3 | Amount: | 815,151.00 |
| Source: Sales | | | | |
| Last year: 1/1/2002-12/31/2002 | 19 | 2 | Amount: | 673,467.00 |
| Source: Sales | | | | |
| Previous year: 8/13/2001-12/31/2001 | 19 | 1 | Amount: | 92,033.00 |
| Source: Sales | | | | |
| Previous year: 1/1/2003-11/18/2003 | 19 | 0 | Amount: | 0.00 |
| Source: | | | | |

2.  Income other than from employment or operation of business.

State the amount of income received by the debtor other than from
employment, trade, profession, or operation of the debtor's business
during the two years immediately preceding the commencement of this
case.

| | | | | | |
|---|---|---|---|---|---|
| This year: 1/1/2003-11/18/2003 | 19 | 3 | Amount: | 0.00 |
| Source: | | | | |
| Last year: 1/1/2003-11/18/2003 | 19 | 2 | Amount: | 0.00 |
| Source: | | | | |
| Previous year: 1/1/2003-11/18/2003 | 19 | 1 | Amount: | 0.00 |
| Source: | | | | |
| Previous year: 1/1/2003-11/18/2003 | 19 | 0 | Amount: | 0.00 |
| Source: | | | | |

3.  Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

NONE

4. Suits, executions, garnishments, and attachments.

a. List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

Aetna Plywood, Inc. v. Marabou Enterprises, Inc.
Arthur J. rogers & Co. v. Marabou Enterprises, Inc.

b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

NONE

5. Repossessions, foreclosures, and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

Locked out of leased premises at 1684 Barclay Blvd., Buffalo Grove, Illinois, 11/24/03.

6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

NONE

b. List all property which has been in the hands of a receiver or court-appointed official within one year immediately preceding the commencement of this case.

NONE

7.  Gifts.

    List all gifts or charitable contributions made within one year
    immediately preceding the commencement of this case except ordinary
    and usual gifts to family members aggregating less than $200 in
    value per individual family member and charitable contributions
    aggregating less than $100 per recipient.

    NONE

8.  Losses.

    List all losses from fire, theft, other casualty or gambling within
    one year immediately preceding the commencement of this case or
    since the commencement of this case.

    NONE

9.  Payments related to debt counseling or bankruptcy.

    List all payments made or property transferred by or on behalf of
    the debtor to any persons, including attorneys, for consultation
    concerning debt consolidation, relief under the bankruptcy law or
    preparation of a petition in bankruptcy within one year immediately
    preceding the commencement of this case.

    Richard Mann
    Five South County St.
    Waukegan, IL  60085
    (847) 244-2211

            Filing fee: $209
      Attorney's fees:        3,000.00
           Source was: Paid by shareholder
    Date(s) of payment: 11/18/03

10. Other transfers.

    List all other property, other than property transferred in the
    ordinary course of the business or financial affairs of the debtor
    transferred either absolutely or as security within one year
    immediately preceding the commencement of this case.

    NONE

11. Closed financial accounts.

    List all financial accounts and instruments held in the name of the
    debtor or for the benefit of the debtor which were closed, sold, or
    otherwise transferred within one year immediately preceding the
    commencement of this case.

NONE

12. Safe deposit boxes.

List each safe deposit box or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

NONE

13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

NONE

14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

NONE

15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

Beginning date at present location:
Prior locations: 1684 Barclay Blvd., Buffalo Grove, Illinois, 60089


16. Nature, location, and name of business.

  a.  For individuals, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

      N/A

  b.  If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned

5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

N/A

c.  If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

NONE

17.  Books, records, and financial statements.

a.  List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

Dugan & Lopatka
104 East Roosevelt Road
Wheaton, Il. 60187

b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

Dugan & Lopatka
104 East Roosevelt Road
Wheaton, Il. 60187

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.

William Cumming
818 Oak Hill Road
Barrington IL 60010

d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

Financial statements sent to various financial institutions attempting to get additional credit.

18.  Inventories.

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of

each inventory, and the dollar amount and basis of each inventory.

   Date of last: 9/1/03
      Specifics: Joe Dashbach, at cost, $40,000
  Date of prior: 7/31/03
      Specifics: Joe Dashbach, at cost, $34,868

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

   Date of last: 9/1/03
      Custodian: William Cumming
          818 Oak Hill Road
          Barrington  IL  60010
  Date of prior: 7/31/03
      Custodian: William Cumming
          818 Oak Hill Road
          Barrington  IL  60010

19. Current Partners, Officers, Directors, and Shareholders.

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

N/A

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

Title: Officer, Director, and Stockholder.
William Cumming
818 Oak Hill Road          Nature and percentage of interest:
Barrington  IL  60010       100% owner of stock

20. Former partners, officers, directors, and shareholders.

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

N/A

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one

year immediately preceding the commencement of this case.

NONE

21. Withdrawals from a partnership or distributions by a corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

Debtor paid two car loans for William Cumming and his wife in the amount of $263.40 a month and $516.37 a month.

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, William Cumming, Sole shareholder and president for Marabou Enterprises, Inc. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Statement of Financial Affairs, consisting of 7 sheets, and that it is true and correct to the best of my information and belief.

Signature: _William Cumming_     Date: _12/17/03_
            William Cumming
            Sole shareholder and president

Richard Mann                    1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioner

                  UNITED STATES BANKRUPTCY COURT FOR THE
                     NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

In re                              Case No.:
Marabou Enterprises, Inc.
Closet & Storage Concepts          Rule 2016(b) - Statement of
Debtor                             Attorney Compensation
Debtor's Employer's Tax
Identification No.: 36-4461552     Chapter 7


Pursuant to 11 U.S.C. sec. 329 and Rule of Bankruptcy Procedure 2016(b),
the undersigned, attorney for the debtor in this case, makes this
statement setting forth the compensation paid or agreed to be paid to
the undersigned for services rendered or to be rendered in contemplation
of and in connection with the case by the undersigned, and the source of
such compensation.

1.   Prior to the filing of this disclosure statement, the debtor in this
     case has paid to the undersigned the sum of $3,000.00 plus $$209 for
     the filing fee in this case.

     The source of the PAID sum was: Paid by shareholder

2.   In addition, the debtor has agreed to pay the following:

     NOT APPLICABLE

3.   The undersigned has not shared or agreed to share any portion of
     such compensation with any other person who is not a member or
     regular associate of the undersigned's law firm.

4.   The undersigned has not received any other payment in this case,
     and has no other agreement, except as set out herein.


Signature: _____        Date: _____
                Richard Mann
                1752642

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE:                                    Bankruptcy Case Number:_____

MARABOU ENTERPRISES, INC.

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:_____60_____

The above-named Debtor(s) hereby verify that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: _12/17/03_____                    _____
                                             Debtor

                                             _____
                                             Joint Debtor