**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 03-51226 |
| | ) | |
| Marabou Enterprises, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LOIS WEST AND POPOWCER KATTEN LTD., ACCOUNTANTS FOR THE TRUSTEE**

This matter coming to be heard upon the Final Application for Allowance of Compensation and Reimbursement of Expenses of Lois West and Popowcer Katten Ltd., accountants for the Trustee, seeking $760.00 as final compensation for 3.80 hours of accounting services rendered and reimbursement of expenses in the amount of $0.00, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

Lois West and Popowcer Katten Ltd., accountants for the Trustee is hereby awarded and the Trustee is directed to pay final compensation in the amount of $760.00 as final compensation for 3.80 hours of accounting services rendered and reimbursement of expenses in the amount of $0.00 for the actual, necessary and valuable professional services rendered to the Trustee as Final compensation.

Dated: _____     ENTER:

_____
HON. A. Benjamin Goldgar

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave, Suite 200
Highland Park, Illinois 60035
(847) 926-9595