# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| IN RE:<br>Marabou Enterprises, Inc<br>DBA MARABOU ENTERPRISES INC<br>DBA CLOSET AND STORAGE CONCEPTS<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 03-51226 ABG<br><br>JUDGE A. Benjamin Goldgar |
|---|---|

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave., Park City, Illinois** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar
   on: **September 12, 2008**
   at: **12:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| a. Receipts | $ | 5,758.81 |
|---|---|---|
| b. Disbursements | $ | 24.58 |
| c. Net Cash Available for Distribution | $ | 5,734.23 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $1,325.88 | |
| POPOWCER KATTEN, LTD.<br>(Trustee's Accountant Fees) | 0.00 | $760.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 0.00 | $1,000.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 0.00 | | $62.64 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $407.36 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 24A | Illinois Department of Employment Security | $ 407.36 | $ 407.36 |

7. Claims of general unsecured creditors totaling $104,709.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.08%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Minuteman Press | $ 224.00 | $ 4.67 |
| 2U-2 | Reed Business Information | $ 8,837.00 | $ 183.84 |
| 3 | eCAST Settlement Corporation | $ 1,376.56 | $ 28.64 |
| 4 | eCAST Settlement Corporation | $ 14,380.96 | $ 299.18 |
| 5 | eCAST Settlement Corporation | $ 2,984.26 | $ 62.08 |
| 6 | Staffing & Labor Solutions | $ 3,347.69 | $ 69.64 |
| 7 | Baer Supply Company | $ 1,739.10 | $ 36.18 |
| 8 | JIT Hardware Supplies | $ 1,458.50 | $ 30.34 |
| 9 | American Express Travel Related | $ 6,520.11 | $ 135.64 |
| 10 | The Murphy Group | $ 6,454.40 | $ 134.28 |
| 11 | AALL American Fasteners | $ 1,093.58 | $ 22.75 |
| 12 | WJMK-FM Radio | $ 1,600.00 | $ 33.29 |
| 13 | Roswell Properties, L.L.C., Ltd. | $ 2,543.89 | $ 52.92 |
| 14 | Neighborhood Network | $ 2,250.04 | $ 46.81 |
| 15 | BHK of America | $ 1,027.50 | $ 21.38 |
| 16 | Chicago Tribune | $ 7,235.63 | $ 150.53 |
| 17 | Closet & Storage Concept | $ 27,959.97 | $ 581.67 |
| 18 | Bank One National Bankruptcy Department AZI - 1191 | $ 3,157.77 | $ 65.69 |
| 19 | Electronic Merchant Systems | $ 1,149.22 | $ 23.91 |
| 20 | Staffing & Labor Solutions | $ 3,347.69 | $ 69.64 |
| 21 | Sidelines Inc | $ 5,682.62 | $ 118.22 |
| 23 | QPS Staffing Services | $ 288.75 | $ 6.01 |
| 24S | Illinois Department of Employment Security | $ 50.00 | $ 1.04 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and

the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor is a corporation and therefore has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Account receivables, furniture and fixtures and inventory

| Dated: | **August 7, 2008** | For the Court, |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  | By: **KENNETH S. GARDNER** |
|  |  | Kenneth S. Gardner |
|  |  | Clerk of the United States Bankruptcy Court |
|  |  | 219 S. Dearborn Street; 7th Floor |
|  |  | Chicago, IL  60604 |

Trustee:   ILENE F. GOLDSTEIN
Address:  Law Offices of Ilene F. Goldstein, Chartered
          850 Central Ave.
          Suite 200
          Highland Park, Illinois 60035
Telephone # (847) 926-9595