# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>Marabou Enterprises, Inc<br>DBA MARABOU ENTERPRISES INC<br>DBA CLOSET AND STORAGE CONCEPTS<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 03-51226 ABG<br><br>JUDGE A. Benjamin Goldgar |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave., Park City, Illinois** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar
    on: **September 12, 2008**
    at: **12:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | | |
|---|---|---:|
| a. Receipts | $ | 5,758.81 |
| b. Disbursements | $ | 24.58 |
| c. Net Cash Available for Distribution | $ | 5,734.23 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $1,325.88 | |
| POPOWCER KATTEN, LTD.<br>(Trustee's Accountant Fees) | 0.00 | $760.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 0.00 | $1,000.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 0.00 | | $62.64 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $407.36 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 24A | Illinois Department of Employment Security | $ 407.36 | $ 407.36 |

7. Claims of general unsecured creditors totaling $104,709.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.08%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Minuteman Press | $ 224.00 | $ 4.67 |
| 2U-2 | Reed Business Information | $ 8,837.00 | $ 183.84 |
| 3 | eCAST Settlement Corporation | $ 1,376.56 | $ 28.64 |
| 4 | eCAST Settlement Corporation | $ 14,380.96 | $ 299.18 |
| 5 | eCAST Settlement Corporation | $ 2,984.26 | $ 62.08 |
| 6 | Staffing & Labor Solutions | $ 3,347.69 | $ 69.64 |
| 7 | Baer Supply Company | $ 1,739.10 | $ 36.18 |
| 8 | JIT Hardware Supplies | $ 1,458.50 | $ 30.34 |
| 9 | American Express Travel Related | $ 6,520.11 | $ 135.64 |
| 10 | The Murphy Group | $ 6,454.40 | $ 134.28 |
| 11 | AALL American Fasteners | $ 1,093.58 | $ 22.75 |
| 12 | WJMK-FM Radio | $ 1,600.00 | $ 33.29 |
| 13 | Roswell Properties, L.L.C., Ltd. | $ 2,543.89 | $ 52.92 |
| 14 | Neighborhood Network | $ 2,250.04 | $ 46.81 |
| 15 | BHK of America | $ 1,027.50 | $ 21.38 |
| 16 | Chicago Tribune | $ 7,235.63 | $ 150.53 |
| 17 | Closet & Storage Concept | $ 27,959.97 | $ 581.67 |
| 18 | Bank One National Bankruptcy Department AZI - 1191 | $ 3,157.77 | $ 65.69 |
| 19 | Electronic Merchant Systems | $ 1,149.22 | $ 23.91 |
| 20 | Staffing & Labor Solutions | $ 3,347.69 | $ 69.64 |
| 21 | Sidelines Inc | $ 5,682.62 | $ 118.22 |
| 23 | QPS Staffing Services | $ 288.75 | $ 6.01 |
| 24S | Illinois Department of Employment Security | $ 50.00 | $ 1.04 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and

the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor is a corporation and therefore has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Account receivables, furniture and fixtures and inventory

| Dated: | **August 7, 2008** | | For the Court, |
|---|---|---|---|
| | | | |
| | | | |
| | | | By: **KENNETH S. GARDNER** |
| | | | Kenneth S. Gardner |
| | | | Clerk of the United States Bankruptcy Court |
| | | | 219 S. Dearborn Street; 7th Floor |
| | | | Chicago, IL  60604 |

Trustee: ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
　　　　　850 Central Ave.
　　　　　Suite 200
　　　　　 Highland Park, Illinois 60035
Telephone # (847) 926-9595

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

...226  Doc 53  Filed 08/07/08  Entered 08/09/08 23:51:29  Desc Imaged
Certificate of Service  Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: ljohnson               Page 1 of 2                   Date Rcvd: Aug 07, 2008
Case: 03-51226                 Form ID: pdf002              Total Served: 79

The following entities were served by first class mail on Aug 09, 2008.
db         +Marabou Enterprises Inc,    C/O W Cumming,    818 Oak Hill Road,    Barrington, IL 60010-1662
aty        +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
             Highland Park, IL 60035-3278
aty        +Richard Mann,    78 pierce road,    highland park, IL 60035-5325
tr         +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
             Highland Park, IL 60035-3278
7600029    +AALL American Fasteners,    2200 Wallace Blvd.,    Suite B,   Cinnaminson, NJ 08077-2578
8137428    +AALL American Fasteners,    2303 Garry Road,    Unit 1,   Cinnaminson , NJ 08077-2560
7600030    +ABT,    1200 N. Milwaukee Avenue,    Glenview, IL 60025-2416
7600031    +ADT Security Services,    PO Box 371956,    Pittsburgh, PA 15250-7956
7600032    +ARC Disposal & Recycling Company, Inc.,    2101 S. Busse Road,    Mt. Prospect, IL 60056-5566
7600033    +Access One, Inc.,    PO Box 77-6842,    Chicago, IL 60678-0001
7600034    +Acuity,    2800 S. Taylor Drive,    PO Box 718,    Sheboygan, WI 53082-0718
7600035     Aetna Plywood, Inc.,    Dept. 4208,    135 S. LaSalle,    Chicago, IL 60674-4208
7600036    +American Chartered Bank,    111 E. Rand Road,    Mount Prospect, IL 60056-2185
7600037    +American Chartered Bank,    111 E. Rand Road,    Mt. Prospect, IL 60056-2185
7600038     American Express Travel Related,    c/o Becket & Lee LLp,    P O Box 3001,    Malvern, PA 19355-0701
7600039    +Arthur J. Rogers & Co.,    c/o Hinshaw & Culbertson,    222 N. LaSalle Street,    Suite 300,
             Chicago, L  60601-1013
7600040    +Atlas Saw & Tool Inc,    1215 Karl Court,    Suite 204,    Wauconda, IL 60084-1091
7600041    +BHK of America,    11 Bond Street,    PO Box 37,    Central Valley, NY 10917-0037
7600042     Baer Supply Company,    909 Forest Edge Drive,    Vernon Hills, IL 60061-3149
7600044     Bank One,    Cardmember Service,    PO Box 50882,    Henderson, NV 89016-0882
7600043     Bank One,    PO Box 78772,    Phoenix, AZ 85062-8772
8186231    +Bank One National Bankruptcy Department AZI - 1191,    Attn: Frances Powell,    201 N Central Ave,
             Phoenix , AZ 85004-0073
7600045    +Budget,    4200 N. Mannheim,    Schiller Park, IL 60176-1872
7600046    +Capella Hardware Co.,    3921 E. La Palma Ave #N,    Anaheim, CA 92807-1718
7600047     Capital One,    PO Box 34631,    Seattle, WA 98124-1631
7600048    +Chicago Home & Garden Publications Inc.,    810 South Waukegan Road,    Lake Forest, IL 60045-2693
7600049    +Chicago Sun-Times Inc,    401 N. Wabash Avenue,    Chicago, IL 60611-3546
8166940    +Chicago Tribune,    C/O Carol Liotta,    435 N Michigan Avenue,    Chicago , IL 60611-4024
7600050    +Chicago Tribune,    435 N. Michigan Avenue,    Chicago, IL 60611-4024
8185890    +Closet & Storage Concept,    d/b/a Closets Unlimited of NJ , Inc,    1000 Haddonfield Berlin Rd,
             Voorhees , NJ 08043-3520
7600051    +Closet & Storage Concept,    1000 Hannonfield Berlin Road,    Suite 208,    Voorhees, NJ 08043-3520
7600053     Con-way Transportation Services Inc,    135 S. LaSalle,    Dept. 2493,    Chicago, IL 60674-2493
7600054    +Cubbies Unlimited Corp.,    74 North Industry Court,    Deer Park, NY 11729-4602
7600055    +Daily Herald,    Paddock Publications Inc,    PO Box 1400,    Arlington Heights, IL 60006-1400
7600056    +Decore-ative Specialties,    2772 S. Peck Road,    Monrovia, CA 91016-5005
7600057     Dell Financial Services,    Payment Processing Center,    PO Box 5292,
             Carol Stream, IL 60197-5292
7600058    +EdgeCo,    3 Kulick Road,    Fairfield, NJ 07004-3307
7600059    +Electronic Merchant Systems,    5005 Rockside Road,    Suite 100,    Independence, OH 44131-6808
8202253    +Electronic Merchant Systems,    C/O Egon P. Singerman,    3681 Green Suite 410,
             Cleveland , OH 44122-5716
7600060    +FedEx Freight East,    4103 Collection Center Drive,    Chicago, IL 60693-0041
7600061     Fifth Third Bank,    Consumer Leasing,    PO Box 630041,    Cincinnati, OH 45263-0041
8158304     Fifth Third Bank,    1850 E Paris SE - Bankrupt cy Department,    Grand Rapids, MI 49546
7600062    +G&C Glass, Mirror & Construction Inc,    1170 Heather Lane,    Lake Zurich, IL 60047-6707
7600063    +Great Lakes Wood Product,    1780 Maple Avenue,    Suite 14,    Northfield, IL 60093-3021
7600064     Hafele America Co,    3901 Cheyenne Drive,    PO Box 4000,    Archdale, NC 27263-4000
7600065     Healthcare Times,    LBX 619709,    PO Box 6197,    Chicago, IL 60680-6197
8780726    +Illinois Department of Employment Security,    Bankruptcy Unit - 4th Floor,    33 S. State St,
             Chicago, IL 60603-2802
7600066    +JIT Hardware Supplies,    13 Jeanne Drive,    Newburgh, NY 12550-1788
7600067    +Lane Change Graphic Design,    27295 St. Marys Road,    Libertyville, IL 60048-9682
7600068    +Lena’s Professional Cleaning Services,    1649 Estes Avenue,    Des Plaines, IL 60018-3821
7600069    +Lifestyles Magazine,    559 Tamarisk Lane,    Crystal Lake, IL 60014-7020
8097286    +MBNA America (Delaware N.A.),    C/O Becket & Lee LLP,    Attorneys for Claimant,    Po Box 3001,
             Malvern , PA 19355-0701
7600070     Macke Water Systems,    PO Box 545,    Wheeling, IL 60090-0545
7600071    +Minuteman Press,    2224 Algonquin Road,    Rolling Meadows, IL 60008-3608
7600072    +Neighborhood Network,    1258 Allanson Road,    Mundelein, IL 60060-3808
7600073     Nextel Communications,    PO Box 4191,    Carol Stream, IL 60197-4191
7600074    +Oakton Distributors Inc,    125 East Oakton Street,    Des Plaines, IL 60018-1946
7600075    +Patriot,    Commercial Leasing,    1566 Medical Drive,    PO Box 274,    Pottstown, PA 19464-0274
7600076     Peoples Energy,    PO Box 0,    Chicago, IL 60690-3991
7600077    +Peter Meier Inc,    1255 South Park Drive,    Kernersville, NC 27284-3196
7600078    +Planit Solutions,    3800 Palisades Drive,    Tuscaloosa, AL 35405-3442
7600079     Platinum Plus,    PO Box 15469,    Wilmington, DE 19886-5469
7600082     QPS Staffing Services,    PO Box 522,    Hales Corners, WI 53130-0522
7600083    +Reed Business Information,    PO Box 2087,    Carol Stream, IL 60132-0001
8341798    +Reed Business Information,    275 Washington Street,    Newton , MA 02458-1611
7600084    +Rose Custom Doors,    1684 Barclay Blvd.,    Buffalo Grove, IL 60089-4523
7600085     SBC,    Bill Payment Center,    Chicago, IL 60663-0001
7600087    +Sidelines Inc,    PO Box 696,    Lincroft, NJ 07738-0696
7600088    +Speedway SuperAmerica,    Attn: Credit Customer Service,    PO Box 1590,
             Springfield, OH 45501-1590
7600089    +Staffing & Labor Solutions,    c/o Thomas S. Presperin,    15 North Julian,
             Naperville, IL 60540-4820
7600090     TDS Metrocom,    PO Box 1025,    Monroe, WI 53566-8125
7600091    +The Home Improvement Network,    201 E. Park Street,    Mundelein, IL 60060-1973
```

```
District/off: 0752-1            User: ljohnson              Page 2 of 2                Date Rcvd: Aug 07, 2008
Case: 03-51226                  Form ID: pdf002             Total Served: 79

7600092       +The Murphy Group,    150 E. Cook Avenue,    Libertyville, IL 60048-2060
7600093       +WJMK-FM Radio,    c/o Szabo Associates,    3355 Lenox Road, N.E.,    Ninth Floor,
                Atlanta, GA 30326-1394
7600094       +William Cumming,    818 Oak Hill Road,    Barrington, IL 60010-1662
7600095       +Yellow Book USA,    Collection Department,    2560 Renaissance Blvd.,
                King of Prussia, PA 19406-2673
10922832       eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Aug 08, 2008.
7600052        E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                              ComEd,
                Bill Payment Center,    Chicago, IL 60668-0001
11261904      +E-mail/Text: megan.young@cadleco.com                            Roswell Properties, L.L.C., Ltd.,
                100 N Center Street,    Newton Falls, OH 44444-1321
                                                                                                 TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7600080*       Platinum Plus,    PO Box 15469,    Wilmington, DE 19886-5469
7600081*       Platinum Plus,    PO Box 15469,    Wilmington, DE 19886-5469
7600086*       SBC,   Bill Payment Center,    Chicago, IL 60663-0001
                                                                                               TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2008**          **Signature:**  *Joseph Speetjens*